

FILED

2016 JUN 27  AM 9: 15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MONARCH INVESTMENTS, LLC, <br> *Plaintiff*, <br><br> vs. <br><br> ELIAS V. LORENZANA, JR., <br> FERENANDO AURRECOECHEA, <br> ALEJANDRO AURRECOECHEA, <br> WAYNE CADENA, <br> CANDICE AGUIRRE, <br> NASH MARTINEZ, <br> LUCY CADENA, <br> LORENZANA & SARHAN, INC., <br> THE LORENZANA LAW FIRM, PC, <br> KHALED M. SARHAN, <br> ELIAS J. LORENZANA, M.D., <br> LORENCO, INC., <br> TEXAS ECONOMIC REGIONAL <br> CENTER HOLDING COMPANY, LLC, <br> and UNITED PILLARS GROUP, LLC <br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § <br><br><br><br> Case No. 14-1019-SS |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANTS ELIAS J. LORENZANA, MD AND LORENCO, INC.

On this day Plaintiff's Motion To Dismiss With Prejudice As To Defendants Elias J. Lorenzana, MD And Lorenco, Inc. (Docket #  ) came before the Court, and the Court finds that service of this Motion has been made on all parties in this cause, that counsel for Defendants Elias J. Lorenzana, MD and Lorenco, Inc. has agreed to the form of this Order, and that the Motion should in all things be granted.

**WHEREFORE**, it is hereby **ORDERED** that all claims which were asserted or could have been asserted herein by Plaintiff against Elias J. Lorenzana, MD and Lorenco, Inc. and all relief sought or that could have been sought in this lawsuit by Plaintiff against Defendants Elias J. Lorenzana, MD and Lorenco, Inc. are hereby dismissed with prejudice to the refiling of same,

and that all court costs as between Plaintiff and Defendants Elias J. Lorenzana, MD and Lorenco, Inc. are taxed against the party incurring same, and that Plaintiff and the dismissed Defendants Elias J. Lorenzana, MD and Lorenco, Inc. shall each bear the cost of their own attorney's fees in this matter, and that this Order of Dismissal With Prejudice is final as to any and all claims of Plaintiff against Defendants Elias J. Lorenzana, MD and Lorenco, Inc. in this cause.

Dated: June 24th, 2016.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

FRITZ, BYRNE, HEAD & FITZPATRICK PLLC


/s Daniel H. Byrne
Daniel H. Byrne
State Bar No. 03565600
Christine E. Burgess
State Bar No. 00793428
221 West 6th Street, Suite 960
Austin, Texas 78701
(512) 476-2020
(512) 477-5267 Fax
Dbyrne@fbhf.com
cburgess@fbhf.com


*Attorneys for Plaintiff Monarch Investments, LLC*


HOWRY BREEN & HERMAN, LLP

/s/ Randy R. Howry

Randy Howry
State Bar No. 10121690
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 Fax
rhowry@howrybreen.com

*Attorneys for Defendants Elias J. Lorenzana, MD and Lorenco, Inc.*

3