IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MONARCH INVESTMENTS, LLC,
        Plaintiff,

-vs-

FERNANDO AURRECOECHEA,
ALEJANDRO AURRECOECHEA, and
NASH MARTINEZ,
        Defendants.

CAUSE NO.:
A-14-CA-01019-SS

### VERDICT FORM

**WE THE JURY UNANIMOUSLY ANSWER THE FOLLOWING:**

Read all instructions in the jury charge before completing this form. This form contains ten questions, some of which have multiple parts. However, depending on your answers, you may not answer all questions. Please carefully read the instructions on this form. Your verdict must be unanimous.

**QUESTION 1**

1. Did any of the individuals listed below commit a federal securities law violation against Monarch?

Answer "Yes" or "No" for each of the following:

Fernando Aurrecoechea:    No

Alejandro Aurrecoechea:    No

Nash Martinez:    No

    If you answered "Yes" to any of the individuals listed in Question 1, please proceed to Question 2. Otherwise, move on to Question 3.

**QUESTION 2**

2. For each individual for whom you answered "Yes" in response to Question 1, did that individual commit the violation knowingly?

Answer "Yes" or "No" for each individual for whom you answered "Yes" in response to Question 1:

Fernando Aurrecoechea: _____

Alejandro Aurrecoechea: _____

Nash Martinez: _____

      Regardless of your answers to Question 2, please proceed to Question 3.

## QUESTION 3

3.    Did any of the individuals listed below sell a security to Monarch?

Answer "Yes" or "No" for each of the following:

Fernando Aurrecoechea:   Yes

Alejandro Aurrecoechea:   Yes

Nash Martinez:   No

Elias Lorenzana, Jr.:   Yes

      If you answered "Yes" to Question 3 for any individual, please proceed to Question 4. If you answered "No" to Question 3 for all individuals, please proceed to Question 6.

## QUESTION 4

4.    Did any of the individuals for whom you answered "Yes" in response to Question 3 commit a Texas securities law violation against Monarch?

Answer "Yes" or "No" for each of the following:

Fernando Aurrecoechea:   Yes

Alejandro Aurrecoechea:   Yes

Nash Martinez: _____

Elias Lorenzana, Jr.:   Yes

      If you answered "Yes" to Question 4 for any individual, please proceed to Question 5. If you answered "No" to Question 4 for all individuals, please proceed to Question 6.

**QUESTION 5**

5. Did any of the individuals listed below materially aid any of the individuals for whom you answered "Yes" in response to Question 4 in committing a Texas securities law violation?

Answer "Yes" or "No" for each of the following:

Fernando Aurrecoechea:     Yes

Alejandro Aurrecoechea:     Yes

Nash Martinez:     _____

Regardless of your answers to Question 5, please proceed to Question 6.

**QUESTION 6**

6. Did any of the individuals listed below commit fraud against Monarch?

Answer "Yes" or "No" for each of the following:

Fernando Aurrecoechea:     No

Alejandro Aurrecoechea:     No

Nash Martinez:     No

Elias Lorenzana, Jr.:     Yes

If you answered "Yes" to Question 6 for any individual, please proceed to Question 7. If you answered "No" to Question 6 for all individuals, answer no further questions.

**QUESTION 7**

7. Were any of the individuals listed below part of a conspiracy to engage in fraud with any of those for whom you answered "Yes" in response to Question 6?

Answer "Yes" or "No" for each of the following:

Fernando Aurrecoechea:     Yes

Alejandro Aurrecoechea:     Yes

Nash Martinez:     No

Regardless of your answer to Question 7, please proceed to Question 8.

**QUESTION 8**

8.  What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Monarch for its damages, if any, caused by the conduct found in response to Questions 6 or 7?

Answer in dollars and cents, if any, for investment losses arising from the purchase of a membership interest in Wellness Med Clinics, LLC:

Answer: $98,365.52

Regardless of your answer to Question 8, please proceed to Question 9.

**QUESTION 9**

9.  Do you find by clear and convincing evidence that the harm to Monarch resulted from the fraud or malice of any of the individuals listed below?

Answer "Yes" or "No" for each individual for whom you answered "Yes" in response to Questions 6 or 7:

Fernando Aurrecoechea:   No

Alejandro Aurrecoechea:   No

Nash Martinez:   No

If you answered "Yes" to Question 9 for any individual, please proceed to Question 10. If you answered "No" to Question 9 for all individuals, answer no further questions.

**QUESTION 10**

10. What sum of money, if any, if paid now in cash, should be assessed against the individuals listed below and awarded to Monarch as exemplary damages, if any, for conduct found in respond to Question 9?

Answer in dollars and cents, if any, for each individuals listed below for whom you answered "Yes" in response to Question 9:

Fernando Aurrecoechea:   $0

Alejandro Aurrecoechea:   $0

Nash Martinez:   $0

4

Submitted this the __10th__ day of November 2016, at __12:20__ o'clock __p__. m.

            ORIGINAL SIGNATURE REDACTED PURSUANT
              TO E-GOVERNMENT ACT OF 2002
            PRESIDING JUROR