IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 MAR 16 PM 2:57
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
     DEPUTY

MONARCH INVESTMENTS, LLC,
Plaintiff,

-vs-

FERNANDO AURRECOECHEA,
ALEJANDRO AURRECOECHEA,
ELIAS V. LORENZANA JR.,
LORENZANA & SARHAN, INC., THE
LORENZANA LAW FIRM, PC, NASH
MARTINEZ, and TEXAS ECONOMIC
REGIONAL CENTER HOLDING
COMPANY, LLC,
Defendants.

CAUSE NO.:
A-14-CA-01019-SS

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting in part the plaintiff's motion for attorneys' fees and its bill of costs, and the Court now enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the Court's Judgment of December 6, 2016 is AMENDED to reflect the Court's previous denial of Defendants' jurisdictional challenge under Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3);

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff Monarch Investments, LLC does have and recover attorneys' fees from Defendants Alejandro Aurrecoechea and Fernando Aurrecoechea in the amount of EIGHTY-ONE THOUSAND TWO HUNDRED SEVENTY-FIVE AND 08/100 DOLLARS ($81,275.08); and

IT IS FINALLY ORDERED, ADJUDGED, and DECREED that the Clerk of Court tax costs against Defendants Alejandro Aurrecoechea and Fernando Aurrecoechea

in the amount of ONE THOUSAND SEVEN HUNDRED FIFTY AND 85/100 DOLLARS ($1,750.85).

SIGNED this the 16th day of March 2017.

                                              SAM SPARKS
                                              UNITED STATES DISTRICT JUDGE